**No. 09-9202. Anthony Lipscomb, Petitioner v. United States.**

559 U.S. 1053, 130 S. Ct. 2353, 176 L. Ed. 2d 570, 2010 U.S. LEXIS 3016.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-9246. Kristofer Thomas Kastner, Petitioner v. Martin, Drought & Torres, et al.**

559 U.S. 1053, 130 S. Ct. 2353, 176 L. Ed. 2d 570, 2010 U.S. LEXIS 3018.

April 5, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fourth District, denied.

**No. 09-9268. Fernando Real, Petitioner v. Pennsylvania.**

559 U.S. 1053, 130 S. Ct. 2354, 176 L. Ed. 2d 570, 2010 U.S. LEXIS 3070.

April 5, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 972 A.2d 560.

**No. 09-9271. Derek Martinez, Petitioner v. California.**

559 U.S. 1053, 130 S. Ct. 2355, 176 L. Ed. 2d 570, 2010 U.S. LEXIS 2932.

April 5, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 09-9288. Jason G. Van Norman, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

559 U.S. 1054, 130 S. Ct. 2355, 176 L. Ed. 2d 570, 2010 U.S. LEXIS 3097.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 597.

**No. 09-9301. Eddie G. Cargile, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 1054, 130 S. Ct. 2355, 176 L. Ed. 2d 570, 2010 U.S. LEXIS 2990.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 349 Fed. Appx. 505.

**No. 09-9333. Guadalupe Cisneros-Mora, Petitioner v. United States.**

559 U.S. 1054, 130 S. Ct. 2355, 176 L. Ed. 2d 570, 2010 U.S. LEXIS 3078.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9337. Joseph Martin, Jr., Petitioner v. United States.**

559 U.S. 1054, 130 S. Ct. 2355, 176 L. Ed. 2d 570, 2010 U.S. LEXIS 2988.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 583 F.3d 1068.

**No. 09-9348. Cory Devon Steward, Petitioner v. United States.**

559 U.S. 1054, 130 S. Ct. 2356, 176 L. Ed. 2d 570, 2010 U.S. LEXIS 3071.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 339 Fed. Appx. 979.